No. 83–5618.   FORSYTH v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 83–5619.   DAVIS v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 83–5637.   RODMAN v. UNITED STATES ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 83–5639.   SCHAFER v. SHARP, UNITED STATES DISTRICT COURT JUDGE, NORTHERN DISTRICT OF INDIANA.   C. A. 7th Cir. Certiorari denied.

No. 83–5640.   MCCRAE v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 83–5645.   BARRAGAN-CEPEDA v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 83–5648.   CORRICELLI v. UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 83–5652.   CONLEY v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 83–5653.   CHERNACK v. UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 83–5654.   CROSBY v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 83–5669.   WINPENNY v. MONTEMURO, ADMINISTRATIVE JUDGE OF THE PHILADELPHIA DOMESTIC RELATIONS COURT. Sup. Ct. Pa.   Certiorari denied.

No. 83–5673.   ILLSLEY v. UNITED STATES PAROLE COMMISSION ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 83–5674.   MCMAHON v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 83–5681.   GOODMAN v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.